IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| SPECTATOR BLANKETS II, LLC, a Utah limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>JACK McKEON, a citizen of the State of California,<br><br>    Defendant. | MEMORANDUM DECISION AND ORDER GRANTING PLAINTIFF'S MOTION TO SHOW CAUSE<br><br><br>Case No. 2:08-CV-919 TS |

      Defendant's counsel was allowed to withdraw on July 13, 2009. Thereafter, on July 22, 2009, Defendant was ordered to comply with DUCivR 83-1.4(b) which provides:

> Whenever an attorney withdraws or dies, is removed or suspended, or for any other reason ceases to act as attorney of record, the party represented by such attorney must notify the clerk of the appointment of another attorney or of his decision to appear pro se within twenty (20) days or before any further court proceedings are conducted.

To date, Defendant has not informed the clerk of the appointment of another attorney or his decision to appear pro se.

      Plaintiff filed the instant Motion on October 6, 2009, requesting that the Court issue an order to show cause directing Defendant to show cause why he has not complied with the Court's

1

Order. Plaintiff also requests that, if Defendant fails respond, the Court enter default judgment against Defendant. Defendant has failed to respond.

The Court agrees that an Order to Show Cause is appropriate here. It is therefore

ORDERED that Plaintiff's Motion to Show Cause (Docket No. 28) is GRANTED. It is further

ORDERED that Defendant show cause, within twenty (20) days in writing, why he has failed to comply with the Court's July 22, 2009 Order and why he should not be held in contempt of court. Defendant is cautioned that continued failure to comply with the orders of the Court may result in sanctions, including terminating sanctions.

DATED November 19, 2009.

BY THE COURT:

_____
TED STEWART
United States District Judge